UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOYCE MICSAK-TOLBERT,

    Petitioner,

Case No. 09-13432
Honorable Patrick J. Duggan

v.

MILLICENT WARREN,

    Respondent.
_____/

## JUDGMENT

Petitioner Joyce Micsak-Tolbert filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In an Opinion and Order issued on this date, the Court denied Petitioner's request for habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's application for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

    s/PATRICK J. DUGGAN
    UNITED STATE DISTRICT JUDGE

DATED: July 19, 2010
Copies To:
Joyce Micsak-Tolbert, #161000
Huron Valley Complex-Women's
3201 Bemis Road
Ypsilanti, MI 48197

Laura A. Cook, A.A.G.